## JOHN MCLAREN v. TOWN BOARD OF AKRON.

*Township school directors—Expenditures.*

A township school director has authority, in the exercise of a sound discretion, to buy new seats for a school house under a resolution, adopted at the annual meeting of the school district, "that the school board fix the school house ready for the winter term."

Act 164 of 1881 in authorizing the removal of a school district officer for illegally using or disposing of any of the public moneys entrusted to his care, does not cover a charge of conspiring with a woman moderator to hire her husband as teacher and pay him more than was necessary to obtain a good teacher.

Certiorari to town board.    Submitted April 12.    Proceedings quashed April 19.

*Black & Quinn* for plaintiff in certiorari.

MARSTON, J.  This case was heard with the preceding case of Mrs. Hazen against the town board, as both cases arose under the same statute.  The charge in this case was— *first*, for having expended the money of the district contrary to law, and without the vote of the district, in the purchase of furniture or apparatus for the school-house; and *secondly*, for conspiring with Mrs. Hazen in the hiring of her husband as a teacher.

McLaren was director, and it appears that at the annual meeting it was moved and carried, "to fit up the schoolhouse for the winter term," and in pursuance of this authority some twelve dollars was expended in the purchase of new seats, and there seems to have been a difference of opinion as to the necessity of such a purchase being made.

Under the authority given, the director in the exercise of a sound discretion could make the purchase. *Township of Hamtramck v. Holihan* 46 Mich. 127.

The other question is disposed of in the *Hazen* case supra. The proceedings must be quashed and held for naught with costs.

The other Justices concurred.